# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1472

_____

United States of America,           *
                                    *
            Appellee,               *
                                    *    Appeal from the United States
      v.                            *    District Court for the
                                    *    Southern District of Iowa.
Kendrick Epping,                    *        [UNPUBLISHED]
                                    *
            Appellant.              *

_____

Submitted:   August 5, 2003

Filed:   August 8, 2003

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Kendrick Epping appeals the district court's[1] imposition of a 10-month prison term and an additional 26-month supervised-release term, upon revocation of his supervised release from a bank robbery conviction. On appeal, he argues that the district court instead should have imposed inpatient treatment.

---

[1]The Honorable Ronald E. Longstaff, Chief Judge, United States District Court for the Southern District of Iowa.

After careful review of the record, we find that the sentence was within the limits of 18 U.S.C. § 3583(e)(3) and was not an abuse of discretion. <u>See</u> <u>United States v. Grimes</u>, 54 F.3d 489, 492 (8th Cir. 1995) (standard of review). Accordingly, we affirm, and we grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.